**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                              :       Case No. 16-11169-sr
Derrick H. Garner,                  :
    Debtor                   :       Chapter 13

**REPLY TO TRUSTEE'S MOTION TO DISMISS**

1 - 2. Admitted.

3. Debtor has only recently begun to receive pension payments from his former employer, Philadelphia Police Department, and is now able to make payments, the first of which will be on or about November 3, 2016.

4. Debtor has only recently begun to receive pension payments from his former employer, Philadelphia Police Department, and is now able to adequately fund his Chapter 13 Plan.

                        Respectfully submitted,

                        _____
                        John S. Di Giorgio, Esquire
                        1706 Race Street, Suite 404
                        Philadelphia, PA 19103
                        Telephone: 215-568-2266
                        Facsimile: 215-405-2920
                        Attorney for Debtor,
                        Derrick H. Garner