UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

DERRICK H. GARNER
                                            : Bankruptcy No. 16-11169SR
    Debtor(s)                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Dated: December 15, 2016

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN S DI GIORGIO ESQ
1706 RACE STREET
SUITE 404
PHILADELPHIA PA 19103-

DERRICK H. GARNER
5127 ARBOR STREET
PHILADELPHIA,PA.19120