United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-11169-sr
Derrick H. Garner                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: pdf900           Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Derrick H. Garner,    5127 Arbor Street,    Philadelphia, PA 19120-3601
13684857       +Chase National Bank,    Acct. #0002424794,    Chase Records Center,    Mail Code: LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13699875       +Harley-Davidson Credit Corp.,    P.O. Box 9013,    Addison, Texas 75001-9013
13684858        Harley-Davidson Credit Corp.,    Acct. #20130620752074,    Department 15129,
                 Palatine, IL 60055-5129
13684855       +PECO,   Acct. #60016-01407,    Payment Processing,    P. O. Box 37629,
                 Philadelphia, PA 19101-0629
13684856        Philadelphia Gas Works,    Acct. #0156511887,    P. O. Box 11700,    Newark, NJ 07101-4700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:56:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2016 01:56:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13684853       +E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2016 01:55:15      Ally,   Acct. #020920025950,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
13705973        E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2016 01:55:15      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13779916       +E-mail/Text: bankruptcy@phila.gov Dec 17 2016 01:56:56
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,     BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13761274       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 17 2016 01:55:27      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13814182        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2016 02:09:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13696134       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2016 01:55:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13684851         In re: Derrick H. Garner:Case No. 16-11169-sr,    Debtor :Chapter 13
13684852         MATRIX OF DEBTORS
13684850         UNITED STATES BANKRUPTCY COURT,    EASTERN DISTRICT OF PENNSYLVANIA
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13684854*      ++CITY OF PHILADELPHIA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,     Acct. #008-12920-05127-001,
                   Department of Revenue,    Water Revenue Bureau,    1101 Market Street, 5th Floor,
                   Philadelphia, PA 19107)
                                                                                   TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Dec 16, 2016
                              Form ID: pdf900           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
        BARBARA A. FEIN    on behalf of Creditor    Harley-Davidson Credit Corp. juliep@lobaf.com,
         lawofficeofbarbarafein@gmail.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOHN S. DIGIORGIO    on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

DERRICK H. GARNER
                                                      : Bankruptcy No. 16-11169SR
        Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Dated: December 15, 2016

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN S DI GIORGIO ESQ
1706 RACE STREET
SUITE 404
PHILADELPHIA PA 19103-

DERRICK H. GARNER
5127 ARBOR STREET
PHILADELPHIA,PA.19120